| Patient Initials | Primary Insurance Carrier | Test Date | Super Bills 95004 | Super Bills 95165 | Collected Patient Totals |
|---|---|---|---|---|---|
| PC | Medicaid | 2/19/2010 | X | X | $ 1,709.00 |
| JM | Medicaid | 2/19/2010 | 3/30/2010 | 3/30/2010 | $ 1,709.00 |
| AS | Medicaid | 2/19/2010 | 3/30/2010 | 3/30/2010 | $ 1,709.00 |
| ME | Medicaid | 2/19/2010 | X | 3/30/2010 | $ 1,709.00 |
| DA | Medicaid | 2/19/2010 | X | 3/30/2010 | $ 1,709.00 |
| AV #1 | Medicaid | 2/19/2010 | X | 6/12/2010 | |
| SB | Medicaid | 2/23/2010 | 3/23/2010 | X | $ 1,709.00 |
| BG | Medicaid | 2/24/2010 | X | X | $ 1,709.00 |
| TM | Medicaid | 2/25/2010 | X | X | $ 167.00 |
| MCE | Medicaid | 2/26/2010 | X | X | $ 1,709.00 |
| FE | Medicaid | 2/26/2010 | X | X | $ 1,709.00 |
| EE | Medicaid | 2/26/2010 | X | X | $ 1,709.00 |
| LM | Medicaid | 2/28/2010 | X | 4/13/2010 | $ 970.00 |
| MC #1 | Medicaid | 3/2/2010 | X | X | $ 1,709.00 |
| PA | Medicaid | 3/4/2010 | X | | |
| NA | Medicaid | 3/4/2010 | X | X | $ 1,709.00 |
| GG | Medicaid | 3/5/2010 | 3/23/2010 | X | $ 1,709.00 |
| MG | Medicaid | 3/5/2010 | 3/23/2010 | X | $ 1,709.00 |
| SA | Medicaid | 3/8/2010 | X | X | $ 1,709.00 |
| IA | Medicaid | 3/8/2010 | 3/23/2010 | X | $ 1,709.00 |
| AAL | Medicaid | 3/8/2010 | X | X | $ 1,709.00 |
| JH | Medicaid | 3/9/2010 | X | X | $ 1,709.00 |
| JR #1 | Medicaid | 3/11/2010 | X | X | $ 1,709.00 |
| JSG | Medicaid | 3/12/2010 | X | 4/19/2010 | $ 1,709.00 |
| VO | Medicaid | 3/12/2010 | X | 4/19/2010 | $ 1,709.00 |
| LR | Medicaid | 3/15/2010 | X | 3/25/2010 | $ 1,709.00 |
| AL #1 | Medicaid | 3/16/2010 | X | | $ 1,709.00 |
| AL #2 | Medicaid | 3/16/2010 | X | 3/25/2010 | $ 1,709.00 |
| MH | Medicaid | 3/19/2010 | 3/23/2010 | 3/25/2010 | $ 1,709.00 |
| JR #2 | Medicaid | 3/22/2010 | 3/23/2010 | 3/25/2010 | |
| SG | Medicaid | 3/23/2010 | 4/19/2010 | 4/22/2010 | $ 244.00 |
| AB | Medicaid | 3/29/2010 | 3/29/2010 | 4/19/2010 | $ 1,709.00 |
| JS | Medicaid | 3/29/2010 | 3/29/2010 | 4/19/2010 | $ 1,709.00 |
| AV #2 | Medicaid | 4/1/2010 | 4/2/2010 | 4/23/2010 | $ 244.00 |
| DS | Medicaid | 4/2/2010 | 4/5/2010 | 4/22/2010 | |
| AH | Medicaid | 4/2/2010 | 4/5/2010 | 4/22/2010 | $ 1,709.00 |
| DO | Medicaid | 4/2/2010 | 4/5/2010 | | $ 244.00 |
| AMB | Medicaid | 4/9/2010 | 4/12/2010 | 4/22/2010 | $ 1,709.00 |

Exhibit A

| Patient Initials | Primary Insurance Carrier | Test Date | Super Bills 95004 | Super Bills 95165 | Collected Patient Totals |
|---|---|---|---|---|---|
| VR | Medicaid | 4/14/2010 | 4/21/2010 | 4/21/2010 | $ 1,709.00 |
| EM | Medicaid | 4/19/2010 | 4/19/2010 | 4/21/2010 | $ 1,709.00 |
| CR | Medicaid | 4/29/2010 | 5/4/2010 | 5/4/2010 | $ 1,709.00 |
| AG | Medicaid | 5/3/2010 | 5/4/2010 | 10/26/2010 | $ 1,709.00 |
| PG | Medicaid | 5/4/2010 | 5/5/2010 | 10/26/2010 | $ 1,709.00 |
| VM | Medicaid | 5/5/2010 | 5/6/2010 | 5/7/2010 | $ 1,709.00 |
| LC | Medicare | 2/22/2010 | X | 3/30/2010 | $ 455.00 |
| LH | Medicare | 2/25/2010 | X | 4/13/2010 | $ 599.00 |
| FH | Medicare | 2/25/2010 | X | 4/13/2010 | $ 691.00 |
| KF | Medicare | 2/26/2010 | X | 4/13/2010 | $ 777.00 |
| FB | Medicare | 3/3/2010 | X | 9/3/2010 | |
| AR | Medicare | 3/5/2010 | 3/23/2010 | 3/30/2010 | $ 887.00 |
| EP | Medicare | 3/11/2010 | X | 4/19/2010 | $ 591.00 |
| ER | Medicare | 3/11/2010 | X | 4/19/2010 | $ 591.00 |
| DD | Medicare | 3/12/2010 | X | 4/19/2010 | $ 530.00 |
| AV #3 | Medicare | 3/12/2010 | X | 4/19/2010 | $ 841.00 |
| LG | Medicare | 3/24/2010 | 3/25/2010 | 4/19/2010 | $ 499.00 |
| JP | Medicare | 4/7/2010 | 4/8/2010 | | |
| MC #2 | Medicare | 5/5/2010 | 5/6/2010 | 5/7/2010 | $ 755.00 |
| OS | Medicare/ mkd | 2/23/2010 | 3/30/2010 | 3/30/2010 | $ 167.00 |