AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel.<br>TERRI NIX, et al.<br><br>*Plaintiff(s)*<br><br>v.<br><br>UNITED BIOLOGICS, LLC d/b/a UNITED ALLERGY<br>SERVICES f/k/a UNITED ALLERGY LABS, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  1:14-cv-1486-LMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Golden Isles Family Medicine, P.C.
c/o Alan H. Matilsky
3330 Cumberland Boulevard, Suite 225
Atlanta, GA, 30339

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Julie K. Bracker
Jason Marcus
Bracker & Marcus LLC
3225 Shallowford Road
Suite 1120
Marietta, GA 30062

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*



Date:   7/19/2019      /s/ Teressa Frazier

                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel.<br>TERRI NIX, et al.<br><hr>*Plaintiff(s)*<br><br>v.<br><br>UNITED BIOLOGICS, LLC d/b/a UNITED ALLERGY<br>SERVICES f/k/a UNITED ALLERGY LABS, et al.<br><hr>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  1:14-cv-1486-LMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Internal Medicine Associates of Waycross, P.C.
c/o Jill Goggans Bryant
711 KNIGHT AVENUE
WAYCROSS, GA 31501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julie K. Bracker
Jason Marcus
Bracker & Marcus LLC
3225 Shallowford Road
Suite 1120
Marietta, GA 30062

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:   7/19/2019



   /s/ Teressa Frazier

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel.<br>TERRI NIX, et al.<br><br>*Plaintiff(s)*<br><br>v.<br><br>UNITED BIOLOGICS, LLC d/b/a UNITED ALLERGY<br>SERVICES f/k/a UNITED ALLERGY LABS, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:14-cv-1486-LMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Intown Primary Care, P.C.
c/o DR. SCOTT PARRY
730 Ponce De Leon Place, Unit B
Atlanta, GA 30306

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Julie K. Bracker
Jason Marcus
Bracker & Marcus LLC
3225 Shallowford Road
Suite 1120
Marietta, GA 30062

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:    7/19/2019        /s/ Teressa Frazier

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel.<br>TERRI NIX, et al. ) ) ) ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No.  1:14-cv-1486-LMM |
| UNITED BIOLOGICS, LLC d/b/a UNITED ALLERGY<br>SERVICES f/k/a UNITED ALLERGY LABS, et al. ) ) ) ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   IVETA BERZINCH, M.D., PC d/b/a Pineview Pediatrics
83 UPPER RIVERDALE RD,#135,B-2
RIVERDALE, GA, 30274

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julie K. Bracker
Jason Marcus
Bracker & Marcus LLC
3225 Shallowford Road
Suite 1120
Marietta, GA 30062

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:   7/19/2019



/s/ Teressa Frazier

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Georgia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel.<br>TERRI NIX, et al.<br><br>*Plaintiff(s)*<br><br>v.<br><br>UNITED BIOLOGICS, LLC d/b/a UNITED ALLERGY<br>SERVICES f/k/a UNITED ALLERGY LABS, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  1:14-cv-1486-LMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   J. Harold Acevedo, M.D., P.C. d/b/a Augusta Pediatrics
c/o J. Harold Acevedo, M.D.
3623 J DEWEY GRAY CIRCLE
AUGUSTA, GA, 30909

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julie K. Bracker
Jason Marcus
Bracker & Marcus LLC
3225 Shallowford Road
Suite 1120
Marietta, GA 30062

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:   7/19/2019



/s/ Teressa Frazier

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel.<br>TERRI NIX, et al. | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | ) ) ) | Civil Action No. 1:14-cv-1486-LMM |
| UNITED BIOLOGICS, LLC d/b/a UNITED ALLERGY<br>SERVICES f/k/a UNITED ALLERGY LABS, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kennesaw Pediatrics, P.C.
c/o Mark A. Long
3475 Cherokee Street #401
Kennesaw, GA 30144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Julie K. Bracker
Jason Marcus
Bracker & Marcus LLC
3225 Shallowford Road
Suite 1120
Marietta, GA 30062

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:  7/19/2019



 /s/ Teressa Frazier

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel.<br>TERRI NIX, et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) ) | Civil Action No.  1:14-cv-1486-LMM |
| UNITED BIOLOGICS, LLC d/b/a UNITED ALLERGY<br>SERVICES f/k/a UNITED ALLERGY LABS, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Life Cycle Pediatrics, LLC
c/o Anne Sigouin
2739 Felton Drive
East Point, GA 30344

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Julie K. Bracker
Jason Marcus
Bracker & Marcus LLC
3225 Shallowford Road
Suite 1120
Marietta, GA 30062

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:    7/19/2019



/s/ Teressa Frazier

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel.<br>TERRI NIX, et al.<br><br>*Plaintiff(s)*<br>v.<br><br>UNITED BIOLOGICS, LLC d/b/a UNITED ALLERGY<br>SERVICES f/k/a UNITED ALLERGY LABS, et al.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  1:14-cv-1486-LMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Magnolia Medical Clinic, P.C.
c/o SURESH H. SHAH
1235 Indian Trail Rd, Suite 200
Norcross, GA 30093

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julie K. Bracker
Jason Marcus
Bracker & Marcus LLC
3225 Shallowford Road
Suite 1120
Marietta, GA 30062

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date:   7/19/2019                              /s/ Teressa Frazier



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel.<br>TERRI NIX, et al. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  1:14-cv-1486-LMM |
| UNITED BIOLOGICS, LLC d/b/a UNITED ALLERGY<br>SERVICES f/k/a UNITED ALLERGY LABS, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Milton Hall Surgical Associates, LLC
c/o Canopy Services, Inc.
2859 Paces Ferry Road SE, Suite 1140
Atlanta, GA 30339

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Julie K. Bracker
Jason Marcus
Bracker & Marcus LLC
3225 Shallowford Road
Suite 1120
Marietta, GA 30062

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:   7/19/2019



/s/ Teressa Frazier

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

<table>
<tr><td>

UNITED STATES OF AMERICA<br>
ex rel.<br>
TERRI NIX, et al.<br>
<br>
_____<br>
*Plaintiff(s)*<br>
<br>
v.<br>
<br>
UNITED BIOLOGICS, LLC d/b/a UNITED ALLERGY<br>
SERVICES f/k/a UNITED ALLERGY LABS, et al.<br>
<br>
_____<br>
*Defendant(s)*

</td><td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td><td>

Civil Action No.  1:14-cv-1486-LMM

</td></tr>
</table>

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  New Millennium Obstetrics and Gynecology, LLC
805 Peachtree Street
ATLANTA, GA, 30308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Julie K. Bracker
Jason Marcus
Bracker & Marcus LLC
3225 Shallowford Road
Suite 1120
Marietta, GA 30062

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date:  7/19/2019  _____



/s/ Teressa Frazier  _____

*Signature of Clerk or Deputy Clerk*