IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex. rel. TERRI NIX, et al. | ) | |
| Plaintiff-Relator, | ) | |
| v. | ) | CIVIL ACTION FILE NO. 1:14-CV-1486-LMM |
| UNITED BIOLOGICS, LLC d/b/a UNITED ALLERGY SERVICES f/k/a UNITED ALLERGY LABS, et al. | ) | |
| Defendants. | ) | |

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3 and Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendant Valdosta Family Medicine Associates, PC certifies as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Valdosta Family Medicine Associates, PC has no parent entity and no publicly traded corporation owns more than 10% of the stock of Valdosta Family Medicine Associates, PC.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

1. Leon F. Smith, M.D.
2. Stewart A. Williams, M.D.
3. David M. Pierce, M.D.
4. Craig E. Bishop, D.O.
5. William C. Tidmore, Jr., M.D.
6. Robert D. Bennett, M.D.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as counsel for Defendant Valdosta Family Medicine Associates, PC:

Anna Burdeshaw Fretwell<br>
Georgia Bar No. 266972<br>
Huff, Powell & Bailey LLC<br>
999 Peachtree Street, NE<br>
Suite 950<br>
Atlanta, Georgia 30309

Telephone: (404) 892-4022
Facsimile: (404) 892-4033
afretwell@huffpowellbailey.com

David D. Mackenzie
Georgia Bar No. 796972
Huff, Powell & Bailey LLC
999 Peachtree Street, NE
Suite 950
Atlanta, Georgia 30309
Telephone: (404) 892-4022
Facsimile: (404) 892-4033
dmackenzie@huffpowellbailey.com

Submitted this 16th day of October, 2019.

HUFF, POWELL & BAILEY, LLC

*/s/ David Mackenzie*
Anna B. Fretwell
Georgia Bar No. 266972
David D. Mackenzie
Georgia Bar No. 796972
Huff Powell & Bailey, L.L.C.
999 Peachtree Street NE, Suite 950
Atlanta, GA 30309
Telephone: (404) 892-4022
Fax: (404) 892-4033
afretwell@huffpowellbailey.com
dmackenzie@huffpowellbailey.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

This is to certify that I have this day presented the foregoing Certificate of Interested Persons and Corporate Disclosure Statement in Times New Roman 14 point font to the Clerk of Court by filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to all attorneys of records in this case.

This the 16th day of October, 2019.

HUFF, POWELL & BAILEY, LLC

*/s/ David Mackenzie*

Anna B. Fretwell
Georgia Bar No. 266972
David D. Mackenzie
Georgia Bar No. 796972
Huff Powell & Bailey, L.L.C.
999 Peachtree Street NE, Suite 950
Atlanta, GA 30309
Telephone: (404) 892-4022
Fax: (404) 892-4033
afretwell@huffpowellbailey.com
dmackenzie@huffpowellbailey.com

*Attorneys for Defendant*