**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA, ex rel. NIX,

                  Plaintiff,

vs.

Laredo Family Medicine, P.A, Grace Clinic of Lubbock, VICTFORCE, INC. d/b/a Windermere Medical Clinic, South Moore Medical Clinic, P.C., Georgia Medical Treatment Center, Occupational and Family Medicine of South Texas, St. Jude International Cancer Associates, Cumming Pediatric Group P.C., Newton Family Clinic PA., Alamo Area Family & Geriatric Medicine Associates, Ault McInnis, PLLC, Bill Burke (DO, PA), C. Brooks Smith, M.D. & Associates, Manon E. Childers, III (M.D.), Coppell Clinic, P.A., Akirkhan N. Daya (M.D., P.A.), Denise M. Casper, D.O., P.A., S. Howard Dickey (D.O., P.A.), Ear, Nose, & Throat Care, P.A., Gustavo E. Villarreal, M.D., P.A., John Garcia, M.D., PA, Kelsom Clinic, P.A., OM Sakthi, P.A., Oak Cliff Family Healthcare, PA, Mahmood B. Panjwani (M.D., P.A.), Pediatric Healthcare Associates, P.A., Pineloch Medical Clinic, P.A., Re Medical Associates, PA, Ricky A. Siewert (DO), Village Medical Center, 1960 Family Practice, P.A.,   Adam S. Miner, M.D., P.A., Southern Plains Medical Center, P.C., Priority Health Center, LLC, Larry K. Stubblefield (D.O.), Vital Family Practice Center, Elms Creek Family & Urgent Care Clinic, Joyce M. Shotwell (M.D., P.A.), Rockport Urgent Care Center, PLLC, Premier Wellness Internal Medicine, LLC, Airport Clinic, Inc., Oconee E.N.T. & Cosmetic Surgery Center, P.C., Emmanuel E. Sackey (M.D., P.A.), Slidell Internal Medicine Clinic, LLC, Agape Ear, Nose, and Throat Clinic, APMC, Brehm Medical Center, Kevin T. Schlamp, M.D., LLC, Chaudhry Clinic, LLC, Mirza A. Beg, MD APMC, Lerch & Amato Pediatrics, Plano Pediatrics, P.A., Atrium Pediatrics, Goodwood Primary Care Clinic, LLC, Waverly Primary Care, PLLC, Durham Family Medicine, PA, North Raleigh Pediatric Group, P.A., Medaccess Urgent Care, PLLC, Roxboro Med Access, PLLC, Atlanta Ropheka Medical Center, PC, Health Med Associates, P.C., Aroesty ENT, Internal Medicine & Diagnostics Group, LLC, Families First Family Medicine, PC, Piedmont Family Practice, LLC, Atlanta Medical and Aesthetic Center, Inc., David W. Carlson,

CIVIL ACTION FILE

NO. 1:14-cv-1486-LMM

JUDGMENT
1:14-cv-1486-LMM
March 18, 2020
Page 2

M.D., P.A., Pratt Medical Center, Ltd., Dekalb
Physicians Clinic, PLLC, Steven G. Bander
(D.O., P.A.), Rio Grande Medical Group, Ltd., El
Paso Integrated Physicians Group, P.A.,
Norberto Alvarez Jr. MD PA, George L. Eastman
III, M.D. & Associates, Forty-Third Medical
Associates, P.C., Bridgewater Medical Group,
Drs. Kaplan & Akins, P.A., Acadiana Family
Practice Associates, LLP, Brian Granger, M.D.
APMC, Westwind Pediatric Clinic, Dillon Family
Medicine, P.A., Odessa Consultants, PLLC,
Walter Leon (MD, PA), Clinics of North Texas,
LLP, Gigliotti Family Medicine, Pediatric Medical
Clinic, Inc., Richard B. Feucht, II, M.D., LLC,
Southeastern Medical Clinic Grays Creek and
Southeastern Regional Physician Services, Joy
Obokhare, MD, Spear Clinic, P.A, Fountain Park
Family Physicians, Optimal Health Out- Patient
Clinic, APMC, Martin G. McElya, D.O., PA.,
NOVA Medical and Urgent Care Center, Inc.,
Jacobs Family Medical Clinic, Inc., Gateway
Family Medicine of Travelers Rest, P.A., Main
Street Medical Associates, Dan Freeland (DO,
PA), Cody L. Mihills (MD, PA), Wyatt Webb, MD,
PA, Healthcare Associates of Irving, PLLC,
McKinney Family Healthcare, LP, Rosemary A.
Bates (M.D., P.A.), Castle Hills Family Practice,
Hormazd Sanjana (MD, PA), Medford Station,
Berlin Medical Associates at Winslow, D. Conrad
Harper MD, LLC, Dallas Comprehensive Medical
Care, PLLC, Family Practice Center of Sulphur,
LLC, Huguley Medical Associates, Jennifer
Gwozdz PA, Mirshed Medical Center, S.C.,
North Country Family Practice, P.A., Raeford
Family Care Center, LLC, Julie L. Reihsen
(M.D., P.A.), Sunset Road Medical Associates,
P.A., Sy Med,LLC, ABC Pediatrics of Dunn, PA,
Burroughs Medical Clinic, P.A., Douglas
Pediatrics Associates, P.C., Chatham
Savannah Medical Group, PC, Ouachita Valley
Family Clinic, PA, Sherwood Family Medical
Center, BHFC Warren and Benton Family Clinic,
PA, Carla J. Cole (D.O., P.A.), Doctors of
Internal Medicine, P.A., Dublin Family Medicine,
Eastover Family Care, P.C., Family Practice
Associates at Washington, P.A., Forest Lane
Pediatrics, LLC, Forest Medical Care, P.A.,
Freedom Medial Clinic & Urgent Care, P.A.,

JUDGMENT
1:14-cv-1486-LMM
March 18, 2020
Page 3

Friendly Urgent Care, Inc., Frisco Urgent Care
and Clinics, Tanya R. Grun (MD, PA),
Healthcare Express, LLP, Heights Primary Care,
Heritage Family Medicine, Harry Hernandez
(DO, PA), Patrick W. Hisel (M.D., P.A.), Holly
Springs Pediatrics, PLLC, Internal Medicine
Center of Fort Worth, Kelley Family, LLC, Kelly
L. Cobb, M.D., APMC, Sangtae Caleb Kim, D.
Blayne Laws (M.D., P.A.), MD2 Urgentcare
Clinic, Salma Mazhar (M.D., P.A.), Natchitoches
Medical Specialists, LLC, North Central Texas
family Medicine, P.A., Oklahoma City Ear, Nose,
& Throat Clinic, P.C., Oklahoma City
Gynecology and Obstetrics, LLC, Pediatric Arts,
Precision Family Medicine, P.A., David A.
Ramos (MD, PA), Rebecca D. Butler, M.D.,
PLLC, Regional Family Medicine, PA, Schmidt
Medical Center, P.A., Seminole Medical Clinic,
LLP, Summit Medical Arts Associates, LLC,
Texas Health Physicians Group, Thompson
Family Medicine, Madeleine C. Weiser (M.D.,
P.C.), West Primary Care, Inc., Wise Family
Practice, Woodbury Pediatrics, Alpha Medical
Center, Care United Medical Centers of
America, LLP, Life Cycle Pediatrics, LLC, Trinity
Urgent Care & Family Practice, LLC, Internal
Medicine Associates of Waycross, P.C., Peter
Wrobel, MD (P.C.), Kennesaw Pediatrics, P.C.,
Poinsett Family Practice, Nadal Pediatrics, P.A.,
Aquilo Health Company, PC, Milestone Family
Medicine, PC, Family Practitioners of Glynn,
P.C., Tyler Internal Med Assn., Gilbert Medical
Center, PLLC, Harrisonville Family Medicine,
Inc., Wayne Family Practice Associates, P.C.,
Cartersville Pediatrics Associates, P.C., Charles
K. Jones, M.D., Cornelius F. Cathcart,
Pediatrics, PA, D Guin Johnson MD Inc, Decatur
Pediatric Group, P.A., Dennis E. sandler, M.D.,
Dunwoody Village Clinic, P.C., Eagle Medical
Center, PC, Eastern Carolina Medical Center,
P.C., Ellis County Medical Associates, P.A.,
Family Health Care Center, Inc., Family
Medicine Specialists, P.C., Family Wellness
Clinic, P.A., Gaffney Family Physicians, Inc.,
Shylesh Ganta (M.D., P.A.), Intown Primary
Care, P.C., J. Harold Acevedo, M.D., P.C., Jon
W. Copeland, D.O., P.A., Kernodle Clinic, Inc.,
Lisa J. Wasemiller-Smith, M.D., Inc., Magnolia

JUDGMENT
1:14-cv-1486-LMM
March 18, 2020
Page 4

Medical Clinic, P.C., Midwest Medical Group,
PLLC, Milton Hall Surgical Associates, LLC,
Montvill Practice Associates, P.A., NC Pediatric
Associates, PLLC, Palladium Primary Care, PA,
Pediatric Associates of Lawrenceville, LLC,
Pediatrics at Whitlock, P.C., Peter Bullock, M.D.,
P.C., Piedmont Medical of S.C., LLC, Rainbow
Pediatrics, P.A., Randolph Pulmonary & Sleep
Clinic, PLLC, The Columbus Clinic, P.C.,
Valdosta Family Medicine Associates, P.C.,
West Augusta Pediatrics, P.C., Woodstock
Family and Urgent Care, Gwendolyn Allen, MD,
Brian C. Griner, M.D., LLC, Nick Hollis, Aygen
Pediatrics & Adult Care, Dallam Hartley County
Hospital District,

                      Defendants.

## J U D G M E N T

This action having previously come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of above-named defendants' motions to dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 18th day of March, 2020.

                      JAMES N. HATTEN
                      CLERK OF COURT

                  By:   /s/ Teressa Frazier
                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 18, 2020
James N. Hatten
Clerk of Court

By:   /s/ Teressa Frazier
        Deputy Clerk