IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA et al. ex rel. TERRI NIX,    ) ) ) Plaintiff-Relator,    ) ) v.    ) ) UNITED BIOLOGICS d/b/a UNITED ) ALLERGY SERVICES et al.,    ) ) Defendants.    ) | Civil Action No: 1:14-cv-1486-LMM |

### RELATOR'S REQUEST FOR DISMISSAL; UNITED STATES' AND PLAINTIFF-STATES' CONSENT TO DISMISSAL

### MOTION FOR VOLUNTARY DISMISSAL BY RELATOR

Pursuant to Fed. R. Civ. P. 41(a)(2), *qui tam* plaintiff Terri Nix (the "Relator") hereby requests that the Court dismiss all named defendants in the above-captioned action ("this action"), and all of her claims against the defendant in this action *with prejudice* as to Relator Terri Nix, *without prejudice* as to the United States; and *without prejudice* as to the Plaintiff-States.

1

Respectfully submitted this 3rd day of April, 2020,

        BRACKER & MARCUS LLC

        /s/ Julie K. Bracker
        Julie K. Bracker
        Georgia Bar No. 073803
        Jason Marcus
        Georgia Bar NO. 949698
        3225 Shallowford Road, Suite 1120
        Marietta, GA 30062
        (770) 988-5035
        Julie@FCAcounsel.com
        Jason@FCAcounsel.com

        Patrick J. O'Connell (*pro hac vice*)
        pat@pjofca.com
        James Francis Haley (*pro hac vice*)
        jim@pjofca.com
        LAW OFFICES OF PATRICK J. O'CONNELL
        5926 Balcones Drive
        Suite 220
        Austin, TX  78731
        T: (512) 222-0444

        Kevin G. Bennett, Esq. (*pro hac vice*)
        Florida Bar No. 977098
        The Bennett Law Firm
        301 W. Atlantic Ave. #O-8
        Delray Beach, FL 33444
        Tel. (561) 276-9343
        Fax (561) 276-9320
        KBennett@TheBennettLawFirmLLC.com

# CONSENT OF THE UNITED STATES OF AMERICA AND THE PLAINTIFF-STATES

In the interests of justice, the Attorney General of the United States of America ("United States") and the Attorney General of the Plaintiff-States (through the undersigned attorneys), hereby consent to the dismissal of this action without prejudice as to the United States and the Plaintiff-States.

    Respectfully Submitted,

    BYUNG J. PAK
    United States Attorney

    /s/ Julie K. Bracker
    by JKB with express permission
    NEELI BEN-DAVID
    Assistant United States Attorney
    United States Attorney's Office
    Northern District of Georgia
    600 U.S. Courthouse
    75 Ted Turner Dr. SW, Suite 600
    Atlanta, Georgia 30303
    Telephone: (404) 581-6303
    Email: Neeli.Ben-David@usdoj.gov

    *Attorneys for the United States of America*

    CHRISTOPHER CARR
    Georgia Attorney General

    /s/ Julie K. Bracker
    by JKB with express permission
    SARA VANN
    Assistant Attorney General
    Georgia Medicaid Fraud Control Unit

200 Piedmont Ave., S.E.
West Tower, 19th Floor
Atlanta, GA 30334
(404) 656-4998

*Attorneys for the Plaintiff-States*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was electronically filed this 3rd day of April, 2020 with the Clerk of Court using the CM/ECF system and provided to all attorneys of record.

/s/ Julie K. Bracker
Julie K. Bracker
Counsel for Relator